2016 WY 32

**Gregory Dean MARTINEZ,**
**Appellant (Defendant),**

v.

**The STATE of Wyoming,**
**Appellee (Plaintiff).**

No. S–15–0269.

Supreme Court of Wyoming.

March 9, 2016.

ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶ 1] **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of conspiracy to deliver a controlled substance, methamphetamine. Wyo. Stat. Ann. § 35–7–1031(a)(i) and § 35–7–1042. The district court imposed a sentence of three to four years. Appellant filed this appeal to challenge the district court's November 4, 2015, "Judgment and Sentence."

[¶ 2] On January 12, 2016, Appellant's court-appointed appellate counsel e-filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). On January 14, this Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief." This Court ordered that, on or before March 1, 2016, Appellant "may file with this Court a *pro se* brief specifying the issues he would like this Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal." This Court notes that Appellant has not filed a *pro se* brief or other pleading in the time allotted.

[¶ 3] Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Judgment and Sentence" should be affirmed. It is, therefore,

[¶ 4] **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Gregory Dean Martinez, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5] **ORDERED** that the district court's November 4, 2015, "Judgment and Sentence" be, and the same hereby is, affirmed.

[¶ 6] **DATED** this 9th day of March, 2016.

BY THE COURT:

/s/ E. JAMES BURKE
Chief Justice